E-filing

1 | **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2 | Name ___Mooring___ ___Daniel___ ___M.___
(Last)            (First)            (Initial)

3 | Prisoner Number ___F-32546___

4 | Institutional Address ___Folsom State Prison___

5 | ___P.O. Box 71501___
___Represa, CA. 95671-501___

6 | ===========================================================

UNITED STATES DISTRICT COURT
7 | NORTHERN DISTRICT OF CALIFORNIA

8 | ___Daniel Mooring,___                    )
(Enter the full name of plaintiff in this action.)

9 |                                          )    **CV 08    2876**

VS.                       )
10 |                                         )    Case No. _____
(To be provided by the clerk of court)

11 | ___Superior Court Of California,___      )
___City And County Of San Francisco,___  )  **PETITION FOR A WRIT**
12 | ___Department #:___                      )  **OF HABEAS CORPUS**
___Honorable Judge,___                   )
13 | ___District Attorney, Kamala Harris,___  )    **(PR)**

14 | (Enter the full name of respondent(s) or jailor in this action)
___Deputy District Attorney,___
15 | ___California Department Of Corrections, Folsom State Prison, e___
===========================================================

16 |                    Read Comments Carefully Before Filling In

17 | When and Where to File

18 |        You should file in the Northern District if you were convicted and sentenced in one of these

19 | counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 | San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21 | this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 | good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23 |        If you are challenging your conviction or sentence and you were not convicted and sentenced in

24 | one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 | District Court for the district in which the state court that convicted and sentenced you is located. If

26 | you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 | your petition will likely be transferred to the district court for the district that includes the institution

28 | where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS            - 1

1    <u>Who to Name as Respondent</u>

2         You must name the person in whose actual custody you are. This usually means the Warden or

3    jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4    you are imprisoned or by whom you were convicted and sentenced. These are not proper

5    respondents.

6         If you are not presently in custody pursuant to the state judgment against which you seek relief

7    but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8    custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9    was entered.

10   A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11        1. What sentence are you challenging in this petition?

12             (a)    Name and location of court that imposed sentence (for example; Alameda

13                    County Superior Court, Oakland):

14    *Superior Court Of California San Francisco City + County*

15                    Court                              Location

16             (b)    Case number, if known _____

17             (c)    Date and terms of sentence _____ , *Life*

18             (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                    parole or probation, etc.)          Yes _X_    No ____

20                    Where?

21                    Name of Institution: *Folsom State Prison*

22                    Address: *P.O. Box 71501, Represa, CA. 95671-5011*

23        2. For what crime were you given this sentence? (If your petition challenges a sentence for

24    more than one crime, list each crime separately using Penal Code numbers if known. If you are

25    challenging more than one sentence, you should file a different petition for each sentence.)

26    *Penal Code 187, Murder*

27

28

PET. FOR WRIT OF HAB. CORPUS          - 2 -

1   3. Did you have any of the following?

2        Arraignment:                                Yes _X_        No ____

3        Preliminary Hearing:                        Yes _X_        No ____

4        Motion to Suppress:                         Yes ____       No ____

5   4. How did you plead?

6        Guilty ____    Not Guilty _X_   Nolo Contendere ____

7        Any other plea (specify) ____    _No_

8   5. If you went to trial, what kind of trial did you have?

9        Jury _X_       Judge alone ____    Judge alone on a transcript ____

10  6. Did you testify at your trial?                Yes ____       No ____

11  7. Did you have an attorney at the following proceedings:

12       (a)   Arraignment                           Yes _X_        No ____

13       (b)   Preliminary hearing                   Yes _X_        No ____

14       (c)   Time of plea                          Yes _X_        No ____

15       (d)   Trial                                 Yes _X_        No ____

16       (e)   Sentencing                            Yes _X_        No ____

17       (f)   Appeal                                Yes ____       No _X_

18       (g)   Other post-conviction proceeding      Yes ____       No _X_

19  8. Did you appeal your conviction?               Yes _X_        No ____

20       (a)   If you did, to what court(s) did you appeal?

21             Court of Appeal                       Yes ____       No ____

22             Year: _____       Result:_____

23             Supreme Court of California           Yes ____       No ____

24             Year: _____       Result:_____

25             Any other court                       Yes ____       No ____

26             Year: _____       Result:_____

27

28       (b)   If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS          - 3 -

| | | | | |
|---|---|---|---|---|
| 1 | | | petition? | Yes _____    No _X_ |
| 2 | ⚹ | (c) | Was there an opinion? | Yes _____    No_____ |
| 3 | | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | |
| 4 | | | | Yes _____    No_X_ |
| 5 | | | If you did, give the name of the court and the result: | |

6        _____

7        _____

⚹  8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?              Yes _____        No_____

10        [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11    challenged the same conviction you are challenging now and if that petition was denied or dismissed

12    with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13    for an order authorizing the district court to consider this petition. You may not file a second or

14    subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15    U.S.C. §§ 2244(b).]

16    ⚹    (a)    If you sought relief in any proceeding other than an appeal, answer the following

17            questions for each proceeding. Attach extra paper if you need more space.

18        I.    Name of Court: _____

19            Type of Proceeding: _____

20            Grounds raised (Be brief but specific):

21            a._____

22            b._____

23            c._____

24            d._____

25            Result: _____Date of Result:_____

26        II.    Name of Court: _____

27            Type of Proceeding: _____

28            Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS                - 4 -

1    a._____

2    b._____

3    c._____

4    d._____

5    Result: _____Date of Result:_____

6    III.    Name of Court: _____

7    Type of Proceeding: _____

8    Grounds raised (Be brief but specific):

9    a._____

10    b._____

11    c._____

12    d._____

13    Result: _____Date of Result:_____

14    IV.    Name of Court: _____

15    Type of Proceeding: _____

16    Grounds raised (Be brief but specific):

17    a._____

18    b._____

19    c._____

20    d._____

21    Result: _____Date of Result:_____

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                                    Yes_____         No_____

24    Name and location of court: _____

25    B. GROUNDS FOR RELIEF

26    State briefly every reason that you believe you are being confined unlawfully. Give facts to

27    support each claim. For example, what legal right or privilege were you denied? What happened?

28    Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1   need more space. Answer the same questions for each claim.

2        [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3   petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5   Claim One:___ Covert Terrorism Against, Me, In, "2001,"

6   ___ Pre-09/11/01 Terror, Murder Victim Staged Fake-

7   ___ Murder, Lock-11-Like Corps-Or-Cadaver. (Resume re
    Supporting Facts:___

8   ___ Forensics Of Body DNA Geonomics-Identifia

9   ___ Request/Repeated Pleas By, Me, Denied By,

10  ___ Intentional Ineffective Counsel,

11  Claim Two:___ Framed-Up For Murder / By

12  ___ Conspirators Targeting, My, Families, Legacy In,

13  ___ Marshall, Texas, i.e., Mineral Proceeds, Royalty-Interest,
    Supporting Facts:___ Residual Income, Land, Oil, Etc,).

14  ___

15  ___ I am, Innocent, In Imminent

16  ___ Danger Of More Serious Injury.

17  Claim Three:___ Federal Constitutional Rights To

18  ___ Liberty Being Violated.

19  Supporting Facts:___ More Than: (5)Five, Calendar Yea

20  ___ In Continuous False Imprisonment Hardship,

21  ___ which also makes, Me, a, Post-09/11/01 Terror-

22  ___ Victim, Attack Covertly Accruing And Telling.

23        If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  ___ I was, aware of, Pre-09/11/01-

26  ___ Terrorism Modus Operandi; 09/11/01 Terrorism

27  ___ Modus Operandi; OR; Post-09/11/01 Terrorism

28  ___ Modus Operandi.

[ Civ. Proc. Rule 23(e), 28 U.S.C.A.
Absent Class Member Status. ]

Waskom Estate, in, Marshall, Texas.
(AKA: Waskom Estate)

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3    of these cases:    [Motives For Terror Against, Me.]

4    In RE: Lease Oil Antitrust Litigation (Vol. II).

5    MDL No. 1266, United States District Court,

6    S.D. Texas, Corpus Christi Division. May 10, 1999.

7    Do you have an attorney for this petition?    Yes_____    No_X_

8    If you do, give the name and address of your attorney:

9    In Pro Per

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on _____ 2008 _____    _____

14              Date                                    Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020055
Cashier ID: almaceh
Transaction Date: 06/09/2008
Payer Name: DANIEL M MOORING
-----------------------------------
WRIT OF HABEAS CORPUS
 For: DANIEL M MOORING
 Case/Party: D-CAN-3-08-CV-002876-001
 Amount:        $5.00
-----------------------------------
CASH
 Amt Tendered:  $5.00
-----------------------------------
Total Due:        $5.00
Total Tendered: $5.00
Change Amt:       $0.00

SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```