UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL M MOORING,

    Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

    Defendant.
    _____/

Case Number: CV08-02876 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel M. Mooring V-32956
Folsom State Prison
P.O. Box 71501
Repressa, CA 95671

Dated: June 10, 2008

                                          Richard W. Wieking, Clerk
                                          By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DAVILA,

    Plaintiff,

v.

JAMES YATES, warden,

    Defendant.

No. C 08-2876 SI (pr)

**ORDER OF TRANSFER**

Russell Davila filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the Pleasant Valley State Prison in Coalinga, California. Coalinga is in Fresno County, within the venue of the Eastern District of California. The defendant is the warden of the prison and apparently resides in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: June 6, 2008

                                            SUSAN ILLSTON
                                            United States District Judge

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
( ) No CDC Number      (✗) Not at Folsom State Prison
( ) Paroled on _____ (✗) Transferred to SAC - Fall
(✗) Current address on back  ( ) Name & CDC # do not match

SAN FRANCISCO CA 94
10 JUN 2008

02 1A
0004329882      JUN 10 2008
MAILED FROM ZIP CODE 94102
$ 00.42

RECEIVED
JUN 12 2008
FOLSOM STATE PRISON
MAIL ROOM

SAC/FOL-C
4/28/08



FILED
JUN 16 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

SAC-INMATE MAIL
CALIFORNIA STATE PRISON SACRAMENTO
POB 290066
REPRESA CA 95671