United States District Court
For The Northern District Of California

FILED

JUL 0 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 JUL -2 P 4: 20

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

RECEIVED

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Daniel Mooring,

Petitioner,

v.

California State Prison, Sacramento,
Et., al.,

Respondents.

Court No.

CV08-2876 $\frac{SI}{(PR)}$

Informational
motion

New Information

The petitioner's, Correct, Mailing-
Address, is:

Daniel Mooring
CDC #: V-32956
California State Prison, Sacramento
P.O. Box 290066
Represa, CA. 95671

Dated: June 26, 2008

X _____
Daniel Mooring
Petitioner, In Pro se
CDC #: V-32956

FILED

JUL 0 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 JUL -2 P 4: 21

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

RECEIVED

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For The Northern District of California

Daniel Mooring,
        Petitioner,

v.

California State Prison Sacramento,
Et., al.,
        Respondents.

Writ No.

C08-2876 SI
        (PR)

Informational
Motion

New Information

Petitioner's, Correct, (CDC#)
CDC Number, is: V-32596, and,
"not": X-32596.

"V-32596"

Dated: June 26, 2008

x_____
Daniel Mooring
Petitioner, In Pro.
CDC #: V-