UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MOORING,<br><br>    Petitioner,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA; et al., ,<br><br>    Respondent.<br>_____ / | No. C 08-2876 SI (pr)<br><br>**ORDER OF DISMISSAL** |

    Petitioner has written to the court a letter in which he stated that he did not authorize the filing of this action on his behalf and asked the court to disregard any filing in it. The court construes the letter to be a request for dismissal of this action and GRANTS it. (Docket # 21.) The clerk shall close the file.

    IT IS SO ORDERED.

DATED: September 29, 2008

                                                           SUSAN ILLSTON<br>
                                            United States District Judge