UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. MOORING, | No. C 08-2876 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA; et al., , | |
| Respondent. / | |

Upon petitioner's request, this action has been dismissed.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 29, 2008

SUSAN ILLSTON
United States District Judge